U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**JUN 27 2008**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

**JEFFERY LAUR**                                                        **PLAINTIFF**

v.                     CASE NO.: 08-3033

**AMERICAN EXPRESS COMPANY**                                            **DEFENDANT**

### NOTICE OF REMOVAL BY DEFENDANT AMERICAN EXPRESS COMPANY

Please take notice that the captioned case filed as Case No. CV-2008-152-2, in the Circuit Court of Boone County, Arkansas, has been hereby removed to the United States District Court for the Western District of Arkansas, Harrison Division. Defendant American Express Company (hereinafter "American Express") files this Notice of Removal and states, as grounds for removal, the following:

1. On or about May 16, 2008, the Complaint in this action was filed in the Circuit Court of Boone County, Arkansas, being Case No. CV-2008-152-2. American Express attaches to this Notice as Exhibit A what it believes to be a copy of the Summons and Complaint in Boone County Circuit Court file CV-2008-152-2.

2. This Notice of Removal is timely filed because it will be filed within 30 days after the receipt by American Express of the Summons and Complaint.

3. At the time of the filing of the Complaint, and on information and belief, Plaintiff was a citizen of Boone County, Arkansas.

4. At the time of the commencement of this suit and at the present time, American Express was a New York corporation with its principal place of business in New York

5. This action is a civil action in which the Plaintiff asserts that he is entitled to damages against the Defendant for improper interference with a business expectancy and that he

4841-0864-6402.1

is entitled to damages for sums improperly converted by the Defendant. Plaintiff seeks compensatory and punitive damages in excess of $75,000.00, the amount required for federal diversity jurisdiction. (Complaint, pp. 5 – 7).

6. Accordingly, this action is one over which a federal district court has original jurisdiction because there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332, and this case is removable under 28 U.S.C. § 1441(a) under the procedures set forth in 28 U.S.C. § 1446.

7. American Express has given written notice of this removal by filing copies of this Notice of Removal with the Circuit Court of Boone County, Arkansas, and by mailing copies of this notice to Plaintiff's attorney.

8. No admission of fact, law or liability is intended by the filing of this notice and all defenses, motions and pleas are expressly reserved.

WHEREFORE Defendant American Express Company gives notice that this case has been removed from the Circuit Court of Boone County, Arkansas, to the United States District Court for the Western District of Arkansas, Harrison Division.

Respectfully submitted,

**KUTAK ROCK LLP**

By: _____
David L. Williams, AR 78168
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3706
(480) 429-5000 Telephone
(480) 429-5001 Facsimile

-and-

Niki Cung, AR 96153
The Three Sisters Building
214 West Dickson Street
Fayetteville, AR 72701-5221
(479) 973-4200 Telephone
(479) 973-0007 Facsimile

ATTORNEYS FOR DEFENDANT,
AMERICAN EXPRESS COMPANY

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing NOTICE OF REMOVAL BY DEFENDANT AMERICAN EXPRESS COMPANY to be served on the following counsel of record via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on the 27 day of June, 2008:

Jeannie Steen
Boone County Circuit Clerk
100 North Main Street
Harrison, AR 72601

J. Douglas Gramling
Estes, Gramling & Estes, PLC
P.O. Drawer 3883
Fayetteville, AR 72702

_____
Niki Cung