```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

**JEFFERY LAUR**                                                **PLAINTIFF**

      v.     Civil No. 08-3033

**AMERICAN EXPRESS COMPANY and**
**AMERICAN EXPRESS CENTURION BANK**                             **DEFENDANTS**

      v.

**SHANA JENSEN**                                        **THIRD PARTY DEFENDANT**

## O R D E R

Now on this 12th day of January, 2009, the Court, noting that plaintiff has filed a **Notice Of Dismissal** (document #31), dismissing his claim against third-party defendant Shana Jensen without prejudice, and that plaintiff and defendants have filed a **Stipulation Of Dismissal** (document #32), dismissing their claims against each other with prejudice, finds and orders as follows:

**IT IS ORDERED** that the claims of Jeffery Laur against American Express Company and American Express Centurion Bank, and the counterclaims of American Express Company and American Express Centurion Bank against Jeffery Laur, are hereby **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the claim of Jeffery Laur against Shana Jensen is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE